# Memorandum

United States Attorney's Office
Eastern District of California



| | | | |
|---|---|---|---|
| Subject: | *United States v. Jedrek Upton*<br>**Case No. 2:25-cr-237-JAM** | Date: | **October 21, 2025** |
| To: | Lisa Kennison, Courtroom Deputy to Chief U.S. Magistrate Judge Carolyn K. Delaney | From: | **U.S. Attorney's Office<br>Eastern District of California<br>501 I Street, Ste 10-100<br>Sacramento, California 95814<br>Telephone: (916) 554-2700<br>Fax: (916) 554-2900** |

    The United States initiated this action against Jedrek Upton by filing an Information on October 20, 2025. *See* ECF No. 1. The parties have agreed, and hereby request, that the Court schedule this matter for arraignment on October 24, 2025, at 2:00 p.m. The parties further request that the Court issue a Notice to Appear to the defendant.

    Please contact me should you have any questions or concerns.

cc: Candice L. Fields, Attorney for Jedrek Upton