CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
621 Capitol Mall, Suite 900
Sacramento, CA 95814
Telephone:  (916) 414-8050
Facsimile:  (916) 790-9450

Attorneys for Defendant
JEDREK UPTON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:25-cr-00237-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE** |
| v. | |
| JEDREK UPTON, | Date:  <u>March 24, 2026</u> |
| Defendant. | Time:  9:00 a.m. |
| | Judge:  Hon. John A. Mendez |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  On October 20, 2025, the United States charged Mr. Upton by information with one count of Wire Fraud, in violation of 18 U.S.C. § 1343, one count of Transactional Money Laundering, in violation of 18 U.S.C. § 1957(a), and a Forfeiture allegation pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. § 2461(c). ECF 1.

2.  On October 24, 2025, Mr. Upton pled guilty to Counts 1 and 2. ECF 12.

3.  This matter is currently set for sentencing on March 24, 2026, at 9:00. ECF 12.

4.  Because the defense requires additional time to prepare for sentencing, the defense requests that this Court the sentencing date be continued to **June 30, 2026, at 9:00 a.m.** It is further requested that the disclosure schedule be modified as follows: Reply Date: 6/23/2026, Correction Date: 6/16/2026 Report Date: 5/26/2026, Objection Date: 5/19/2026, Proposed Date: Completed.

STIPULATION REGARDING SENTENCING                    1

5.    The government does not object to this request.

6.    Probation Officer Lewis has been consulted and approves of this request.

IT IS SO STIPULATED.

Dated:  February 23, 2026                                ERIC GRANT
                                                         United States Attorney


                                                         /s/ DHRUV SHARMA
                                                         DHRUV SHARMA
                                                         Assistant United States Attorney



Dated:  February 23, 2026                                /s/ CANDICE L. FIELDS
                                                         CANDICE L. FIELDS
                                                         Counsel for Defendant
                                                         JEDREK UPTON




**ORDER**


IT IS SO ORDERED.


Dated: February 24, 2026          JOHN A. MENDEZ,
                                  SENIOR UNITED STATES DISTRICT JUDGE




STIPULATION REGARDING SENTENCING                    2